IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COUPA SOFTWARE INC. and LLAMASOFT LLC, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 24-1275 (RGA)<br>) |
| OPTILOGIC, INC., DONALD HICKS, and DOES 1-10, | )<br>)<br>) |
| Defendants. | ) |

**UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT**

Plaintiffs Coupa Software Inc. and LLamasoft LLC hereby move to extend the deadline for Defendants Optilogic, Inc., Donald Hicks, and Does 1-10 to respond to the Complaint (D.I. 1) to January 13, 2025. Defendants consent to the filing of this Motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

_____

OF COUNSEL:

Alex Reese
Winston Liaw
Cameron Gibbs
MaryJo Lopez-Oneal
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
(415) 954-4400

December 10, 2024

Brian P. Egan (#6227)
Anthony Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
began@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiffs
Coupa Software Inc. and LLamasoft LLC*

SO ORDERED this ___ day of _____ 2024.

_____
UNITED STATES DISTRICT JUDGE